■ In the Matter of MICHAEL INFANTINO, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [983 NYS2d 908]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a disciplinary determination finding him guilty of stealing. Contrary to petitioner's contention, the misbehavior report and testimony at the hearing, including admissions by petitioner, provide substantial evidence to support the determination of guilt (see Matter of Accardi v Goord, 34 AD3d 945, 946 [2006]). To the extent that petitioner challenges the use of a speaker phone to receive testimony, this argument was not preserved for our review by any objection at the hearing (see Matter of Murphy v Goord, 272 AD2d 730, 730 [2000]; Matter of Rizzuto v Coombe, 225 AD2d 961, 962 [1996]).

Lahtinen, J.P., McCarthy, Garry and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of PATRICK GRIFFIN, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [983 NYS2d 908]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed and all references thereto have been expunged from petitioner's institutional record. In view of this, and given that petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (see Matter of Harding v Fischer, 102 AD3d 1022, 1023 [2013]).

Peters, P.J., Stein, Garry and Rose, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.